DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**AL LEGETT BURGESS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-3944

[February 27, 2020]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Dennis D. Bailey and John J. Murphy III, Judges; L.T. Case No. 97-001342CF10A.

Al Legett Burgess, Miami, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, GERBER and KUNTZ JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***